**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, Plaintiff, | ) | |
| v. | ) | Civil Action No. |
| WALDON L. FENSTER, Defendant. | ) | Jury Trial Demanded |

**PLAINTIFF'S AGREED MOTION FOR ENTRY OF JUDGMENT BY CONSENT**

Plaintiff, U.S. Securities and Exchange Commission (the "SEC"), respectfully moves this Court for entry of Judgment by consent against Defendants Waldon L. Fenster ("Fenster") The SEC has filed a Complaint against Fenster. (*See* Docket Entry No. 1). Fenster has agreed to resolve this matter by the entry of a Final Judgment. (*See* Exhibit A, Consent of Waldon L. Fenster with attached Final Judgment). In Fenster's Consent, he has agreed in pertinent part that "the Commission may present the Final Judgment to the Court for signature and entry without further notice." (*See* Consent, Ex. A, ¶ 14). Accordingly, the SEC now submits a proposed Final Judgment. The SEC also will submit this proposed Final Judgment to the Court's e-mail address.

WHEREFORE, the SEC respectfully requests that this Court: (i) grant this motion; (ii) enter a Judgment by consent against Defendant Waldon L. Fenster; and (iii) award such other and further relief as this Court deems just.

Dated: September 3, 2026

Respectfully submitted,

**/s/*Eric M. Phillips*______________________**
Eric M. Phillips
U.S. Securities and Exchange Commission
175 W. Jackson Blvd., Suite 1450
Chicago, Illinois 60604
(312) 353-7390

*Attorneys for the Plaintiff, the United States Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on September 3, 2026, he caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, and also caused the foregoing document to be sent to Defendant Waldon L. Fenster by the following means:

**BY U.S. MAIL**

Waldon L. Fenster
12284 Bella Italia Dr.
Fort Worth, TX 76126

**BY EMAIL**

w@annexmail.com

/s/ Eric M. Phillips
Eric M. Phillips